```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21614
    SHIRLEY A BASTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5506


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/16/2007 and was not confirmed.

    The case was transferred to Glenn Stearns, Trustee on 01/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
ADVOCATE MEDICAL GROUP     UNSECURED      NOT FILED            .00          .00
ADVOCATE TRINITY HOSPITA   UNSECURED        1439.00            .00          .00
AFFILIATED RADIOLOGISTS    UNSECURED      NOT FILED            .00          .00
DISH NETWORK               UNSECURED      NOT FILED            .00          .00
ZTEL COMMUNICATIONS        UNSECURED      NOT FILED            .00          .00
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC  16464.00             .00       108.83
TOYOTA MOTOR CREDIT CORP   UNSECURED         624.68            .00          .00
ILLINOIS DEPT OF REVENUE   PRIORITY       NOT FILED            .00          .00
ALLIED INTERSTATE          UNSECURED      NOT FILED            .00          .00
AMERICASH                  UNSECURED      NOT FILED            .00          .00
AQUA ILLINOIS INC          UNSECURED      NOT FILED            .00          .00
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED            .00          .00
ASSET ACCEPTANCE LLC       UNSECURED        1620.06            .00          .00
BEVERLY HILL FAMILY CARE   UNSECURED      NOT FILED            .00          .00
CARDIOLOGY CONSULTANTS     UNSECURED      NOT FILED            .00          .00
CHICAGO IMAGING            UNSECURED      NOT FILED            .00          .00
CITIBANK                   UNSECURED      NOT FILED            .00          .00
COMP CHILD & ADOL HCA      UNSECURED      NOT FILED            .00          .00
CONSULTANTS IN CLINICAL    UNSECURED      NOT FILED            .00          .00
CREDIT COLLECTION SERVIC   UNSECURED      NOT FILED            .00          .00
CREDITORS DISCOUNT & AUD   UNSECURED      NOT FILED            .00          .00
DEBT RECOVERY SOLUTION     UNSECURED      NOT FILED            .00          .00
EVERGREEN EMERGENCY SERV   UNSECURED      NOT FILED            .00          .00
FIRST PREMIERE BANK        UNSECURED      NOT FILED            .00          .00
FMS SERVICES               UNSECURED      NOT FILED            .00          .00
GENERAL REVENUE CORP       UNSECURED      NOT FILED            .00          .00
H&F LAW                    UNSECURED      NOT FILED            .00          .00
HARRIS & HARRIS            UNSECURED      NOT FILED            .00          .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED            .00          .00
KCA FINANCIAL SERVICES     UNSECURED      NOT FILED            .00          .00
LOUIS TAGLIA DDS           UNSECURED      NOT FILED            .00          .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED            .00          .00
MRSI                       UNSECURED      NOT FILED            .00          .00
MRSI                       UNSECURED      NOT FILED            .00          .00
MRSI                       UNSECURED      NOT FILED            .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21614 SHIRLEY A BASTON
```

```
NATIONAL QUICK CASH        UNSECURED       NOT FILED              .00            .00
NCO FINANCIAL SYSTEM       UNSECURED       NOT FILED              .00            .00
NCO FIN/99                 UNSECURED       NOT FILED              .00            .00
NES                        UNSECURED       NOT FILED              .00            .00
NICOR                      UNSECURED       NOT FILED              .00            .00
NORTHLAND GROUP INC        UNSECURED       NOT FILED              .00            .00
PALISADES COLLECTION       UNSECURED       NOT FILED              .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED              .00            .00
PROGRESSIVE FINANCIAL      UNSECURED       NOT FILED              .00            .00
PROVIDIAN  NATIONAL BANK   UNSECURED       NOT FILED              .00            .00
QUEST DIAGNOSTIC           UNSECURED       NOT FILED              .00            .00
RADIOLOGY NUCLEAR CONSUL   UNSECURED       NOT FILED              .00            .00
RMA NATION REVENUE         UNSECURED       NOT FILED              .00            .00
SENEX SERVICES CORP        UNSECURED          3079.74             .00            .00
THE PAYDAY LOAN STORE      UNSECURED       NOT FILED              .00            .00
UNIVERSITY RHEUMATOLOGIS   UNSECURED       NOT FILED              .00            .00
WASHINGTON FINANCE         UNSECURED       NOT FILED              .00            .00
WELL GROUP HEALTH PARTNE   UNSECURED       NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY            .00                            .00
TOM VAUGHN                 TRUSTEE                                              7.44
DEBTOR REFUND              REFUND                                             116.27

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         232.54

PRIORITY                                                   .00
SECURED                                                 108.83
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                      7.44
DEBTOR REFUND                                           116.27
                          ---------------       ---------------
TOTALS                          232.54                  232.54
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 04/23/08        _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE



                          PAGE   2
        CASE NO. 07 B 21614 SHIRLEY A BASTON