UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
   SHIRLEY A BASTON

CASE NO. 07 B 21614

CHAPTER 13

JUDGE: BRUCE W BLACK

      Debtor
SSN XXX-XX-5506

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/16/07 .

2. The case was dismissed without confirmation, 04/18/2008.

3. The Debtor paid a total of $  1041.15 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | 400.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ADVOCATE MSO SRVS | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE TRINITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| AFFILIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AFNI INSURANCE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AFNI INSURANCE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH | UNSECURED | NOT FILED | .00 | .00 |
| AQUA ILLINOIS INC | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BEVERLY PODIATRY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOVASCULAR CONSULTAN | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO IMAGING LTD | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COMP CHILD & ADOL HCA | UNSECURED | NOT FILED | .00 | .00 |
| CONSULTANTS CLINICAL PAT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| DEBT RECOVERY SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FMS INC | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL REVENUE CORP | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |

```
HARVARD COLLECTION SERVI  UNSECURED        NOT FILED              .00           .00
KCA FINANCIAL SERVICE     UNSECURED        NOT FILED              .00           .00
LOUIS F TAGLIA DDS        UNSECURED        NOT FILED              .00           .00
MEDICAL COLLECTION SYSTE  UNSECURED        NOT FILED              .00           .00
MRSI                      UNSECURED        NOT FILED              .00           .00
MRSI                      UNSECURED        NOT FILED              .00           .00
NATIONAL QUIK CASH        UNSECURED        NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED              .00           .00
NES ILLINOIS INC          UNSECURED        NOT FILED              .00           .00
NICOR GAS                 UNSECURED        NOT FILED              .00           .00
NORTHLAND GROUP           UNSECURED        NOT FILED              .00           .00
PALISADES COLLECTION      UNSECURED        NOT FILED              .00           .00
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED              .00           .00
PROGRESSIVE FINANCIAL SE  UNSECURED        NOT FILED              .00           .00
PROVIDIAN NATIONAL BANK   UNSECURED        NOT FILED              .00           .00
QUEST DIAGNOSTICS         UNSECURED        NOT FILED              .00           .00
RADIOLOGY IMAGING SPECIA  UNSECURED        NOT FILED              .00           .00
RMA                       UNSECURED        NOT FILED              .00           .00
SENEX SERVICES            UNSECURED        NOT FILED              .00           .00
THE PAY DAY LOAN STORE    UNSECURED        NOT FILED              .00           .00
AFFILIATED RADIOLOGISTS   UNSECURED        NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S  UNSECURED        NOT FILED              .00           .00
WELL GROUP HEALTH PARTNE  UNSECURED        NOT FILED              .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00          .00           .00
PRINCIPAL PAID       400.00           .00          .00          .00        400.00
INTEREST PAID           .00           .00          .00          .00           .00
TOTAL PAID           400.00           .00          .00          .00        400.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    3500.00
and was paid $     186.00   direct and $      254.67   through the plan.

The Trustee received $       40.31 .

Refunds to the Debtor totaled $      346.17 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 07/16/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

PAGE 3
CASE NO. 07 B 21614 SHIRLEY A BASTON